

 

**Theodore A. Kittila**
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email:  tk@hfk.law

August 18, 2023

**BY ECF**

Randall C. Lohan, Clerk
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re:  *Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda. v.*
> *Bolivarian Republic of Venezuela*, Case No. TBD
> <u>Registration of Judgments from Another District</u>

Dear Mr. Lohan:

Enclosed please find the following documents issued by the Clerk of the United States District Court for the District of Columbia:

1. Original Clerk's Certification of a Judgment to be Registered in Another District (AO 450) for the judgment issued in *Tenaris S.A. et al. v. Bolivarian Republic of Venezuela*, Case No. 18-1373-CJN; and

2. Certified copy of the above judgment.

Please kindly register the above judgment in the District of Delaware.

As discussed with your office, please register the judgment issued in *Tenaris S.A. et al. v. Bolivarian Republic of Venezuela*, Case No. 18 1371-CRC, in the previously opened matter.  As further noted, this new matter should include the filings from the previously filed matter (*i.e.*, the Motion for an Order Authorizing the Issuance of a Writ Attachment *Fieri Facias* and the related briefing).

To the extent this matter requires a judicial assignment, we request the matter be assigned to Judge Leonard Stark because it is related to pending actions before Judge Stark against the Bolivarian Republic of Venezuela and related defendants. *See, e.g.*, *Crystallex Intl. Corp. v. Bolivarian Rep. of Venezuela*,1:17-mc-00151.

Per the request of your office, please find a list of the related proceedings for the above-referenced matter:

Mr. Lohan
August 18, 2023
Page 2

- *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Misc. No. 17- 151-LPS;

- *Tidewater Investment SRL, et al. v. Bolivarian Republic of Venezuela*, Misc. No. 19-79-LPS;

- *OI European Group B.V. v. Bolivarian Republic of Venezuela*, Misc. No. 19- 290- LPS;

- *Phillips Petroleum Company Venezuela Limited, et al., v. Petroleos De Venezuela, S.A., et al.*, Misc. No. 19-342-LPS;

- *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of The Republic of Venezuela*, Misc. No. 20-257-LPS;

- *Contrarian Capital Management, L.L.C, et al., v. Bolivarian Republic of Venezuela*, Misc. No. 21-18-LPS;

- *ACL I Investments LTD., et al., v. Bolivarian Republic of Venezuela*, Misc. No. 21-46-LPS;

- *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, Misc. No. 21-481-LPS;

- *Red Tree Investments, LLC v. Petroleos De Venezuela, S.A., et al.*, Misc. No. 22-68-LPS;

- *Red Tree Investments, LLC. V. Petroleos De Venezuela, S.A., et al.*, Misc. No. 22-69-LPS;

- *Contrarian Capital Management, L.L.C., et al., v. Bolivarian Republic of Venezuela, S.A.*, Misc. No. 22-131-LPS;

- *Koch Minerals SARL, et al., v. Bolivarian Republic of Venezuela*, Misc. No. 22-156-LPS;

- *Contrarian Capital Management, L.L.C., et al., v. Bolivarian Republic of Venezuela*, Misc. No. 22-263-LPS;

- *ConocoPhillips Gulf of Paria B.V. v. Corporacion Venezolana Del Petroleo, S.A., et al.*, Misc. No. 22-264-LPS;

- *Siemens Energy, Inc. v. Petroleos De Venezuela, S.A.*, Misc. No. 22-347-LPS;

- *Gold Reserve Inc. v. Bolivarian Republic of Venezuela*, Misc. No. 22-453- LPS; and

- *Valores Mundiales, S.L, et al. v. Bolivarian Republic of Venezuela*, Misc. No. 23-298-LPS;

- *Lovati, et al. v. The Bolivarian Republic of Venezuela*, Misc. No. 23-340-LPS;

- *Pharo Gaia Fund Ltd., et al v. Bolivarian Republic of Venezuela*, Misc. No. 23-360-LPS; and

- *Pharo Gaia Fund Ltd., et al v. Bolivarian Republic of Venezuela*, Misc. No. 23-361-LPS.

Mr. Lohan
August 18, 2023
Page 3

      Thank you in advance for your attention to this matter.  Please let me know if you need any further information.

      Respectfully submitted,

      */s/ Theodore A. Kittila* (DE Bar No. 3963)

      Theodore A. Kittila, Attorney at Law
      Halloran Farkas + Kittila LLP

      *Counsel for Plaintiffs Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda.*

Enclosures