

**Theodore A. Kittila**
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email: tk@hfk.law

August 17, 2023

**BY ECF**

Randall C. Lohan, Clerk
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re: *Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda. v. Bolivarian Republic of Venezuela*, Case No. TBD
> <u>Registration of Judgments from Another District</u>

Dear Mr. Lohan:

Enclosed please find the following documents issued by the Clerk of the United States District Court for the District of Columbia:

1. Original Clerk's Certification of a Judgment to be Registered in Another District (AO 450) for the judgment issued in *Tenaris S.A. et al. v. Bolivarian Republic of Venezuela*, Case No. 18-1371-CRC;

2. Certified copy of the above judgment;

3. Original Clerk's Certification of a Judgment to be Registered in Another District (AO 450) for the judgment issued in *Tenaris S.A. et al. v. Bolivarian Republic of Venezuela*, Case No. 18-1373-CJN; and

4. Certified copy of the above judgment.

Please kindly register the above two judgments in the District of Delaware.

To the extent this matter requires a judicial assignment, we request the matter be assigned to Judge Leonard Stark because it is related to pending actions before Judge Stark against the Bolivarian Republic of Venezuela and related defendants. *See, e.g.*, *Crystallex Intl. Corp. v. Bolivarian Rep. of Venezuela*,1:17-mc-00151.

Today, Plaintiffs Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda. are also filing their related Motion for an Order Authorizing the Issuance of a Writ of *Fieri Facias*, with Proposed Order and supporting brief.

Mr. Lohan
August 17, 2023
Page 2

      Thank you in advance for your attention to this matter.  Please let me know if you need any further information.

                Respectfully submitted,

                */s/ Theodore A. Kittila* (DE Bar No. 3963)

                Theodore A. Kittila, Attorney at Law
                Halloran Farkas + Kittila LLP

                *Counsel for Plaintiffs Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda.*

Enclosures